IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RAUL N. ACOSTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-06-1366-D |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | | |

ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §405(g) for review of the decision of the Commissioner of the Social Security Administration denying Plaintiff's application for Supplemental Security Income benefits under 42 U. S. C. § 1382c(a)(3) of the Social Security Act. The matter was referred to United States Magistrate Judge Shon T. Irwin for initial proceedings in accordance with 28 U.S.C. §636 (b)(1)(B). The parties fully briefed their respective positions and, on November 19, 2007, the Magistrate Judge filed his Findings and Recommendation [Doc. No. 17] in which he recommended that the Court reverse the decision of the Commissioner and remand the matter for further administrative proceedings.

In the Findings and Recommendation, the Magistrate Judge advised the parties of the right to file objections to same and directed the parties to file any objections no later than twenty (20) days after the November 19, 2007 filing of the Findings and Recommendation. The Magistrate Judge further admonished the parties that failure to timely object would constitute a waiver of the right to appeal. The deadline for filing objections has expired; to date, neither party has filed

objections or sought an extension of time in which to do so. Accordingly, the Findings and Recommendation [Doc. No. 17] are adopted as though fully set forth herein.

In accordance with the foregoing, the decision of the Commissioner denying Plaintiff's application for Supplemental Security Income benefits is REVERSED. This matter is REMANDED to the Commissioner for further administrative proceedings, as more fully set forth in the Findings and Recommendation.

IT IS SO ORDERED this 8th day of January, 2008.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE